# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: MJ-19-00082  DATE: November 27, 2019

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Recorder: Francine A. Diaz
Courtroom Deputy: Francine A. Diaz  Hearing Times: 3:00 - 3:03

**APPEARANCES:**
Defendant: Teresa Adamos Pereda  Attorney: Briana Kottke
☑ Present ☑ Custody ☐ Bond ☐ P.R.  ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Marivic P. David  U.S. Agent:
U.S. Probation: Janet Yamashita
Interpreter:  Language:

**PROCEEDINGS: Preliminary Heraing**
- Unopposed Motion to Continue Preliminary Examination <u>granted</u> with consent of the Defendant .
- Preliminary Hearing continued to: <u>December 11, 2019 at 2:30 p.m.</u>
- I, Francine A. Diaz, certify that I am a duly appointed Deputy Clerk of the District Court of Guam, and that I was present in the courtroom of this court on date specified above, and during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the case specified above. I have played back the recording and certify that it is a true and correct record of the proceedings, that it is sufficiently intelligible when played on a personal computer using For The Record The Record Player™ or equivalent software, that it can be transcribed without undue difficulty, and that I have filed the digital recording with the Clerk of Court.

NOTES: